UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-18-1

2019 JAN -3 P 12: 17

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR 6 (MPS) |
| v. | VIOLATIONS: |
| TIMOTHY STATON | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Felon) |
| | 21 U.S.C. § 853 (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Felon)

1. On or about September 22, 2017, in the District of Connecticut, the defendant TIMOTHY STATON, having been convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: Connecticut's Corrupt Organizations and Racketeering Act ("CORA"), in violation of Connecticut General Statutes Section 53-395; Conspiracy to Sell a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); Sale of a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); Attempted Sale of a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); and Illegal Transfer of a Firearm, in violation of Connecticut General Statutes Section 29-33, all on February 14, 2014, and Robbery in the Third Degree, in violation of Connecticut General Statutes Section 53a-136, on June 29, 2010, did knowingly possess a firearm in and affecting commerce, namely, a Smith and Wesson, .38 caliber

revolver, with serial number 83K1901, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

2. On or about September 13, 2018, in the District of Connecticut, the defendant TIMOTHY STATON, having been convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: Connecticut's Corrupt Organizations and Racketeering Act ("CORA"), in violation of Connecticut General Statutes Section 53-395; Conspiracy to Sell a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); Sale of a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); Attempted Sale of a Hallucinogenic Narcotic, in violation of Connecticut General Statutes Section 21a-277(a); and Illegal Transfer of a Firearm, in violation of Connecticut General Statutes Section 29-33, all on February 14, 2014, and Robbery in the Third Degree, in violation of Connecticut General Statutes Section 53a-136, on June 29, 2010, did knowingly possess a firearm in and affecting commerce, namely, a Glock, 43 firearm, with serial number BDRU361, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offenses)

3. Upon conviction of one or more of the firearms offenses alleged in this Indictment, the defendant TIMOTHY STATON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms

involved in the commission of the offenses, to wit: a Smith and Wesson, .38 caliber revolver, with serial number 83K1901 and a Glock, 43 firearm, with serial number BDRU361.

All in accordance with Title 18, United States Code, Section 924, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY